IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 11-cv-00899-JPG-PMF |
| | ) |
| PAT QUINN, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 88) of Magistrate Judge Philip M. Frazier recommending that this matter be dismissed for Plaintiff's failure to pay the initial partial filing fee. The Plaintiff did not file an objection to the R & R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court finds that there is no clear error within the Report and Recommendation (Doc. 88) and the Court **ADOPTS** it in its entirety. As such, this matter is **DISMISSED** without prejudice and all pending Motions are **TERMINATED.**

**IT IS SO ORDERED.**

DATED:   10/7/2014

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**